# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA
—oOo—

FILED
2005 APR 29 A 9:20
CLERK, US DIST. COURT
EASTERN DIST. OF CALIF.
BY_____

UNITED STATES OF AMERICA

v.

BILLY G. DARNELL

CASE NUMBER:

## CRIMINAL COMPLAINT

1: 05 M 00085 DLB

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about and between April 22, 2005, and continuing to on or about April 28, 2005, in the County of Stanislaus, State and Eastern District of California, and elsewhere, the defendant did,

▸ Use any facility or means of Interstate commerce and knowingly persuade, induce, entice or coerce, an individual who he believed had not attained the age of 18, to engage in any sexual activity for which Any person can be charged with a criminal offense, that is the defendant utilized a computer and the the internet to communicate in Interstate Commerce with a person he believed to be 13 years old and did persuade, induce, entice and coerce that individual to engage in various sexual acts which constitute a criminal offense within the State of California, and did attempt to do so,

in violation of Title 18, United States Code, Section(s) 2422(b). I further state that I am a Special Agent with the Immigration and Customs Enforcement and that this complaint is based on the following facts:

▸ Please see attached affidavit which is on the attached sheet and made part hereof

_____
Signature of Complainant Erin Simmons,
Special Agent, Bureau of Immigration and Customs
Enforcement

Sworn to before me, and subscribed in my presence

April 29, 2005                                    at       Fresno, California
Date                                                         City and State

Name and Title of Judicial Officer                Signature of Judicial Officer

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

County of Stanislaus                    Re: In Support of
                                        Criminal Complaint

                                        **Billy G. Darnell**
                                        **5640 Springhouse Drive, #18**
                                        **Pleasanton, California 94588**

## AFFIDAVIT

I, Erin Simmons, being duly sworn, hereby depose and state as follows:

   1.   I am employed as a Special Agent (SA) with the United States Department of Homeland Security, United States Immigration and Customs Enforcement (ICE), presently assigned to the office of the Resident Agent in Charge, Fresno, California (RAC/Fresno). Among the responsibilities of ICE is the enforcement of federal criminal statutes involving the sexual exploitation of children under Title 18, United States Code, Section 2251, et seq. My responsibilities with ICE include investigations into the sexual exploitation of children within the Eastern District of California. I have been a Special Agent with ICE for approximately two and a half years. I am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator Training Program and Immigration and Customs Enforcement Special Agent Training Program, where I received training in the investigation of child pornography. Prior to becoming an ICE Special Agent, I attended and graduated with honors from California State University, Fresno.

   2.   This affidavit is made in support of a criminal complaint for Billy G. DARNELL of Pleasanton, California for violating the following federal statute:

1

18 U.S.C. § 2242(b), makes it a crime to use the mail or any facility or means of interstate or foreign commerce to knowingly persuade, induce, entice, or coerce any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempts to do so.

3.  The information contained in this Affidavit is based on my personal observations and training and information provided by other law enforcement officers and/or agents.

4.  On April 26, 2005, Special Agent (SA) Michael Prado received a telephone call from Detective Ken Hedrick of the Stanislaus County Sheriff's Department regarding an investigation he initiated earlier on a subject suspected of attempting to coerce/entice a minor, via the Internet, to engage in illegal sexual activity. Detective Hedrick requested the assistance of your Affiant and ICE in furtherance of his investigation. According to Detective Hedrick while acting in an undercover capacity, he had been engaging in a sexually explicit chat sessions, via America Online Instant Messenger, with a subject utilizing the AOL screen name EROSNZ28.

5.  The chat sessions, a log of which was later provided by Detective Hedrick to your Affiant, began on April 22, 2005 at approximately 1400 hours and continued daily for approximately one week. According to Detective Hedrick, in the afternoon of April 22, 2005, he was acting in an undercover capacity utilizing the AOL screen name CNTREEGURL. In furtherance of his undercover identity, Detective Hedrick has an online profile, which is publicly available for other AOL subscribers to view, for CNTREEGURL that states he is a girl named "Tara" who attends seventh grade in Turlock, CA.

6.   The chat session, the recorded log of which was later viewed by your Affiant, revealed that at 1354 hours a subject utilizing the screen name EROSNZ28 initiated an online conversation by introducing himself as "Billy" and asking "Tara" (CNTREEGURL/Detective Hedrick) what grade is she in and how old is she.  "Tara"/Detective Hedrick responded that she was in seventh grade and thirteen years old. EROSNZ28 stated he was a 31-year old male, approximately 5'11", and employed with a state agency in San Francisco, specializing in Worker's Compensation. EROSNZ28 then pointedly asked Tara/Detective Hedrick if she would let him take a "peek" at her "butt", to which Tara/Detective Hedrick responded maybe.  EROSNZ28 then began engaging Detective Hedrick in sexually explicit conversation in which he began asking sexually graphic questions.  Specifically, EROSNZ28 asked Tara/Detective Hedrick if he could unzip her pants and slide his hand over her "pussy."  During the conversation, EROSNZ28 asked Tara to send him, via email, photographs of herself.  Detective Hedrick, acting in an undercover capacity, complied and sent clothed photographs of a female minor, approximately thirteen years of age.  The photographs have previously been utilized by Detective Hedrick in other investigations and are of a Turlock Police Department employee when she was a juvenile.  The employee previously provided the photographs to Detective Hedrick to assist him in his undercover investigations.  EROSNZ28 later acknowledged receipt of the photographs by stating that he liked them and that Tara was "very pretty."

7.   During the conversation EROSNZ28 continuously engaged Tara/Detective Hedrick in sexually graphic conversation and began to ask specific questions regarding whether she had any

3

"pussy hair" and what position did she want to have sex in. Later in the conversation EROSNZ28 then asked if he could see her and have vaginal and anal sex with him. Tara/Detective Hedrick then asked EROSNZ28 if he cared that she was "thirteen," to which he (EROSNZ28) responded, "No, I like that." EROSNZ28 then arranged with Tara/Detective Hedrick to meet on April 28, 2005 at 2:30 p.m. at a Del Taco on Fulkerth Road Turlock, where they would proceed to a private place, possibly a hotel to engage in sex. During the conversation EROSNZ28 specified that he would bring condoms so that they could engage in sex and that he would be driving a dark blue Z-28. EROSNZ28 then proceeded to graphically describe what he would like to do sexually with "Tara" on April 28, 2005, including performing anal sex, oral sex on one another, engage in sexual intercourse, and have her defecate on him. EROSNZ28 asked "Tara" not to wipe her "butthole", to keep it "dirty" so he could "fuck her butt, using her poop for lube."

8. Subsequent to chatting with EROSNZ28 Detective Hedrick contacted SA Prado and requested assistance from ICE. Detective Hedrick informed SA Prado that there was a high probability that the subject utilizing EROSNZ28 would be arriving in Turlock to meet who he believed to be a thirteen-year old girl for the purposes of engaging in sex.

9. In furtherance of this investigation, on April 28, 2005, at approximately 1400 hours, your Affiant and SA Prado participated with Stanislaus County Sheriff's Detectives in a surveillance of the Del Taco parking lot, located on Fulkerth Road in Turlock, CA. At approximately 1425 hours, surveillance agents/detectives immediately observed a dark blue Camaro Z-28, with a California license plate of 4SES687, driving slowly

4

through the Del Taco parking lot with a white male adult driving alone in the vehicle. A query of DMV records revealed that the car is registered to a Billy DARNELL of Pleasanton, CA. Agents observed the vehicle slowly circle the parking lot and park at the Del Taco, where the driver remained in the vehicle for a period of approximately ten minutes. At approximately 1435 hours, the subject was placed under arrest by Stanislaus County Sheriff's detectives and ICE agents who were conducting surveillance at the restaurant.

10. Upon being placed under arrest the subject was identified as Billy George DARNELL of 5640 Springhouse Drive, Apt#18, Pleasanton, CA. Agents/detectives immediately recognized a correlation between DARNELL'S vehicle and the screen name that Detective Hedrick had been engaging in chat sessions with (EROSNZ28). DARNELL was informed that he was being placed under arrest for Enticement/Coercion of a Minor via the Internet. Upon opening the car door of the vehicle, the detectives observed one unopened condom and a tube of sexual lubricant.

11. DARNELL was then transported to the Turlock Police Department by ICE Supervisory Special Agent (SSA) Brown and SA Prado. Upon arriving at the police station, DARNELL was placed in an interview room and advised of his rights, per Miranda, by your Affiant. DARNELL waived his rights, both verbally and in writing, and agreed to an interview with your Affiant and Detective Hedrick. During the interview, DARNELL stated he resides alone in Pleasanton, CA. DARNELL stated he has a Bachelor of Arts degree in Economics from UC Riverside. DARNELL is employed with the Department of Industrial Relations, specializing in Worker's Compensation. DARNELL is also a

Sergeant in the Army Reserves. DARNELL admitted he utilizes AOL, specifically the screen name EROSNZ28.

12. During the interview, your Affiant and Detective Hedrick confronted DARNELL with evidence of the chat sessions. DARNELL then provided a confession to your Affiant and Detective Hedrick, during which he admitted to traveling to Turlock with the intent to meet who he thought was a thirteen-year old girl named "Tara." DARNELL admitted to taking off work early, driving approximately one hour, to meet "Tara." DARNELL denied ever engaging in any previous related activity and stated that he "probably" would have not actually had sex with the girl. DARNELL stated he knew having sex with a minor was "wrong" and "against the law". DARNELL admitted to masturbating to ejaculation every night after chatting with "Tara." During the interview, DARNELL admitted to engaging in sexually explicit chat sessions on April 22, 2005 with who he thought was a thirteen-year old girl and confessed to asking sexually graphic questions regarding oral and anal sex and intercourse. During the interview DARNELL, who was still under the impression that "Tara" was a real child, wrote an apology letter to the parents of "Tara," in which he stated he was sorry for what he had done and acknowledged that his conduct was "offensive."

13. Also during the interview DARNELL provided verbal, and later written, consent for agents/detectives to search and seize his computer located at his residence in Pleasanton, CA. DARNELL admitted to sending emails from his home computer as well as from the computer at work. DARNELL admitted to at least one saved image of child pornography that would be located on the computer. Upon securing a federal search warrant, the computer hard drive will be subjected to an intensive computer

6

forensic examination by a trained computer forensics examiner in furtherance of this investigation.

14. DARNELL was subsequently transported by SSA Brown and SA Prado to the Fresno County Jail, where he was booked for violation of 18 USC 2422, Enticement/Coercion, without incident.

15. Because this affidavit is written solely for the purpose of establishing probable cause for issuance of a criminal complaint, not all results of this investigation have been included herein.

Wherefore, based upon the above facts and information, I submit there is probable cause to believe that defendant Billy G. DARNELL has violated 18 U.S.C. Section 2422(b), which makes it a crime to use the mail or any facility or means of interstate or foreign commerce to knowingly persuade, induce, entice, or coerce any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempts to do so.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
Erin Simmons, Special Agent
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security


Sworn to before me, and subscribed in my presence,
This __29__ day of April, 2005.


_____
United States Magistrate Judge

8