PAUL B. MELTZER - #77425
NICOLE C. HERRON - #216050
LAW OFFICES OF PAUL B. MELTZER
A Professional Corporation
340 Soquel Avenue, Suite 212
Santa Cruz, CA 95062
Telephone: 831/426-6000

Attorneys for Defendant, BILLY G. DARNELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>BILLY G. DARNELL,<br><br>                Defendant. | Case No.   05-CR-00153OWW<br><br>SUBSTITUTION OF ATTORNEYS<br>AND ORDER |

PLEASE TAKE NOTICE that Defendant BILLY G. DARNELL hereby substitutes the LAW OFFICES OF PAUL B. MELTZER, located at 340 Soquel Avenue, Suite 212, Santa Cruz, California 95062, telephone: 831/426-6000, as his attorney of record in the place and stead of ROBERT W. RAINWATER.

I consent to the above substitution.

Dated: May 18, 2005          /s/ Billy Darnell
                                        BILLY G. DARNELL

I consent to the above substitution.

SUBSTITUTION OF ATTORNEYS
CASE NO. 05-CR-00153OWW

Dated:  May 18, 2005            OFFICE OF THE FEDERAL PUBLIC DEFENDER


By:    /s/ Robert W. Rainwater
ROBERT W. RAINWATER


I accept the above substitution.


Dated:  May 18, 2005            LAW OFFICES OF PAUL B. MELTZER


By:    /s/ Nicole C. Herron

NICOLE C. HERRON


It is so ordered.

Dated: May 23, 2005             /s/ OLIVER W. WANGER
_____
U.S. DISTRICT JUDGE OLIVER W. WANGER

SUBSTITUTION OF ATTORNEYS