**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 1:05-cr-0153 OWW |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER FOR RETURN OF |
| BILLY GEORGE DARNELL, | ) | PASSPORT |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The above-named defendant having been remanded in this matter;

IT IS HEREBY ORDERED that the Passport posted in this matter be returned to the defendant or their representative.

Passport No.:  056985794

Receipt No.:  101-7173

IT IS SO ORDERED.

Dated:   __January 23, 2008__          _____/s/ Oliver W. Wanger_____
                                              UNITED STATES DISTRICT JUDGE